**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ORLANDO UTILITIES COMMISSION,**

        Plaintiff,

-vs-                                            Case No. 6:08-cv-1008-Orl-31KRS

**CENTURY COAL, LLC,**

        Defendant.

_____

## ORDER

This matter comes before the Court on the Verified Motion for Preliminary Injunction (Doc. 7) filed by the Plaintiff, Orlando Utilities Commission ("OUC"). The Defendant, Century Coal, LLC ("Century") shall file its response by 4:00 p.m. on July 17, 2008. OUC may file a reply memo of no more than ten pages by 4:00 p.m. on July 24, 2008. OUC shall serve a copy of the Verified Motion for Preliminary Injunction and a copy of this order on Century by effective, practical means no later than July 9, 2008. A hearing on the motion will be held before the undersigned on July 28, 2008 at 1:30 p.m. A separate notice of hearing will follow.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 7, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE