# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ORLANDO UTILITIES COMMISSION,**

        **Plaintiff,**

**-vs-**                                                    Case No. 6:08-cv-1008-Orl-31KRS

**CENTURY COAL, LLC,**

        **Defendant.**

_____

## ORDER and NOTICE OF DATE CERTAIN FOR TRIAL

This matter came on for hearing on OUC's Verified Motion for a Preliminary Injunction (Doc. 7), the memorandum in opposition filed by Century Coal, LLC (Doc. 13), and OUC's reply (Doc. 18). Having heard argument of counsel, and being otherwise fully advised, it is hereby

**ORDERED** that the Verified Motion (Doc. 7) is **DENIED** for the reasons stated in open court. And it is further

**ORDERED** that this case is set for bench trial before the undersigned on Tuesday, October 14, 2008 at 9:00 a.m. On or before August 8, 2008, the parties shall file a joint proposed case management order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 28, 2008.

                                                                      GREGORY A. PRESNELL
                                                           UNITED STATES DISTRICT JUDGE