# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ORLANDO UTILITIES COMMISSION,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No.  6:08-cv-1008-Orl-31KRS**

**CENTURY COAL, LLC,**

        **Defendant.**

_____

## ORDER

Upon consideration of Plaintiff's Motion for Award of Attorney's Fees (Doc. 58), to which the Defendant has not objected, the Court finds that said claim is reasonable under the circumstances.  Accordingly, it is

**ORDERED** that the Motion is GRANTED.  Plaintiff is awarded attorney's fees in the amount of $130,000.00.  The Clerk shall enter judgment accordingly, and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 1, 2008.

                                                  GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party